State ex rel. Railroad Commissioners, Relators, v. Tavares & Gulf Railroad Company, a Corporation, Respondent.

Petition for alternative writ of mandamus.

F. M. Hudson, for Relators.

W. J. Oven, for Respondent.

Dismissed on motion of counsel for relators, October 29th, 1912.

———

R. J. & B. F. Camp Lumber Co. et al., Appellants, v. C. H. Tedder, Appellee.

Appeal from an order of the Circuit Court for Hamilton County.

A. B. & C. C. Small, for Appellants.

James F. Glen, for Appellee.

PER CURIAM.—This cause having been submitted to the court upon transcript of record and argument of counsel for the respective parties, and the court having duly considered the same and finding no reversible error, it is considered, ordered and adjudged by the court that the order of the Circuit Court, to which the appeal was taken and entered, be and the same is hereby affirmed at the cost of the Appellants.